SAMUEL LYONS, Respondent, v. MICHAEL H. SOLOMON, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

SOLOMON FARRIS, Respondent, v. THE LEBANON NATIONAL BANK OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL SCHWEITZER, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

HENRY ANCHESTER, Respondent, v. LEO LOWENSTEIN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.; Martin, J., dissents.

CORNELIUS LENAHAN, Respondent, v. HUGH J. SHEERAN, as Receiver of New York Railways Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Proskauer, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK DADOMO, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant, v. S. AND S. CORRUGATED PAPER MACHINERY CO., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

LOUIS FRANKEL, Respondent, v. ALEXANDER WATTERSON and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.

LEON WITKOWSKI, Respondent, v. THE HUDSON AND MANHATTAN RAILROAD COMPANY, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event unless the plaintiff stipulates to reduce the judgment as entered to the sum of $500; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

SOLOMON DOBLIN, Appellant, v. HUSQVARNA VAPENFABRIKS AKTIEBOLAG, a Corporation, and Another, Defendants, Impleaded with SEYMOUR MORK, Receiver, etc., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

GUARANTY TRUST COMPANY OF NEW YORK, Respondent, Appellant, v. BENNO LEVISON and Another, as Copartners, etc., Appellants, Respondents.— Judgment affirmed, with costs to the plaintiff. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

CHARLES S. BROWER, Respondent, v. ELIAS ISRAEL, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.